1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   LORENZO ROBERTSON,                          No.  CV 13-00907 MEJ

9              Plaintiff,                       **ORDER**

10     v.

11   EXPERIAN INFORMATION SOLUTIONS,
     INC.,

12

13              Defendant.                                    /

14

15   GOOD CAUSE APPEARING THEREFOR,

16          IT IS ORDERED that this case is reassigned to the **Honorable Charles R. Breyer** in the

17   **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18   bear the **initials CRB** immediately after the case number. All hearing dates presently scheduled are

19   vacated and motions should be renoticed for hearing before the judge to whom the case has been

20   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

21   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

22   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

23   Civ. P. 72(b).

24

25                                              FOR THE EXECUTIVE COMMITTEE:

26

27   Dated:  March 5, 2013

                                                Richard W. Wieking
     rev 4-12                                   Clerk of Court
28

*United States District Court*
For the Northern District of California