IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO ROBERTSON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

No. CV 13-00907 CRB

**ORDER TO SHOW CAUSE**

This case came before the Court on Friday, June 14, 2013, for a case management conference as ordered by this Court on March 13, 2013. Plaintiff failed to appear. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). A hearing on this Order to Show Cause shall be held on Friday, June 28, 2013, at 10:00 a.m. Failure to respond to this Order may result in dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: June 14, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE