1  Jason C. Wright (State Bar No. 261471)
   jcwright@JonesDay.com
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071.2300
4  Telephone:    +1.213.489.3939
   Facsimile:    +1.213.243.2539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  LORENZO ROBERTSON, | Case No.  C-13-907 CRB |
| 13          Plaintiff, | Assigned for all purposes to the Honorable Charles R. Breyer |
| 14    v. | |
| 15  EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, INC.; | [PROPOSED] ORDER REGARDING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR FAILURE TO PROSECUTE |
| 17          Defendants. | |
| | Date:      June 28, 2013 |
| | Courtroom: 6 |

On June 14, 2013, this case came before the Court for a case management conference ordered by this Court on March 13, 2013. Plaintiff Lorenzo Robertson failed to appeal. As a result, this Court ordered Plaintiff to show cause why this case should no be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Court set a hearing for June 28, 2013 at 10:00 AM.

Defendant Experian Information Solutions, Inc.'s lead counsel in this matter is located in Los Angeles, California, and accordingly requested to appear telephonically for the June 28 hearing.

IT SO ORDERED

Counsel for Experian may telephonically attend the June 28, 2013 hearing on the Court's Order to Show Cause.

Date:  June 26, 2013

Honorable
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

LAI-3194502v1

Proposed Order Re Experian's Request to Appear Telephonically: Case No. C 13-907

- 1 -