IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ROBERTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant.<br>_____/ | No. CV 13-00907 CRB<br><br>**ORDER OF DISMISSAL** |

After Plaintiff failed to appear for the case management conference on June 14, 2013, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and scheduled a hearing on the Order to Show Cause to be held on June 28, 2013. Plaintiff did not appear at the hearing. As stated in open court at that time, this matter is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 9, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE